UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILLIP SEALS | CIVIL ACTION |
| VERSUS | NO. 12-1983 |
| SHELL OIL COMPANY et al. | SECTION: "G"(4) |

### ORDER

UPON CONSIDERATION of Defendant Shell Oil Company's Motion to Strike Motion for Summary Judgment on Liability of Shell Offshore Company for Vessel Negligence;[1]

**IT IS HEREBY ORDERED** that Defendant Shell's Motion to Strike is **DENIED AS MOOT.**

**NEW ORLEANS, LOUISIANA**, this  30th  day of March, 2014.

                                                    _____
                                                    **NANNETTE JOLIVETTE BROWN**
                                                    **UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 125.